UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                                    Case No. 17-12186-cgm
    ANTHONY BRIATICO                         Chapter 13

    Debtor.

## OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN

**TO THE HONORABLE CECELIA G. MORRIS,**

I, Mark K. Broyles, do hereby certify as follows:

1. I am an attorney at law of the State of New York with the law firm of FEIN, SUCH & CRANE, LLP, attorneys for RUSHMORE LOAN MANAGEMENT SERVICES AS SERVICER FOR MTGLQ INVESTORS, LP ("Secured Creditor" herein), and I am fully familiar with the facts and circumstances of the within matter, and make this affirmation in objection to the confirmation of the Debtor's proposed Chapter 13 plan (the "Plan").

(a) Secured Creditor holds the first mortgage on Debtor's residence which is located at 433 W 34th Street, Apt. 13H, New York, NY 10001. As of the date of bankruptcy filing the Debtor was in default on the terms of the Note and Mortgage.

(b) The Plan states that the Debtor is seeking a mortgage modification in respect to the above referenced property; however, in the event Loss Mitigation is unsuccessful, the Plan fails to provide for any arrears to Secured Creditor.

(c) A Proof of Claim has been filed on behalf of Secured Creditor and is annexed hereto as Exhibit "A." The amount necessary to cure the default as evidenced by the original claim is $67,373.25.

(d) It is respectfully submitted that by reason of the foregoing, Secured Creditor has not been adequately provided for in the proposed Plan.

**WHEREFORE**, the undersigned objects to the confirmation of the Chapter 13 Plan and respectfully requests such other relief as may be deemed just and proper.

Dated: 10/26/17

**FEIN, SUCH & CRANE, LLP.**
Attorneys for the Secured Creditor,
Rushmore Loan Management Services

By _____
Mark K. Broyles, Esq.

EXHIBIT A

| Fill in this information to identify the case: |
|---|
| Debtor 1 ANTHONY BRIATICO |
| Debtor 2 |
| United States Bankruptcy Court for the SOUTHERN District of New York |
| Case number 17-12186-cgm |

Official Form 410
**Proof of Claim**                                                                                           04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| 1. Who is the current creditor? | MTGLQ INVESTORS, LP <br> Other names the creditor used with the debtor _____ | |
|---|---|---|
| 2. Has this claim been acquired from someone else? | ☐ No <br> ☒ Yes. From Whom? PHH Mortgage Corp/HSBC | |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> Rushmore Loan Management Services <br> P.O. Box 55004 <br> Irvine, CA 92619-2708 <br><br> Phone # 888-504-6700 <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one) <br> _____ | Where should payments to the creditor be sent (if different) <br><br> Rushmore Loan Management Services <br> P.O. Box 52708 <br> Irvine, CA 92619-2708 <br><br> Phone # 888-504-6700 |
| 4. Does this claim amend one already filed? | ☒ No <br> ☐ Yes. Claim number on courts claims registry (if known) N/A             Filed on _____ | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ | |

### Part 2: Give information about the Claim as of the date the case was filed

| 6. Do you have any number you use to identify the debtor? | ☐ No <br> ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ******3649 |
|---|---|

Official Form 410                     Proof of Claim                     Page 1

| | |
|---|---|
| 7. How much is the claim? | $318,970.01 Does this amount include interest or other charges?<br>☐ No.<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><u>Money Loaned</u> |
| 9. Is all or part of the claim secured? | ☐ No<br>☒ Yes.   The claim is secured by a lien on property.<br>Nature of property:<br>☒ Real Estate. If the claim is secured by the debtors principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor Vehicle<br>☐ Other. Describe: _____<br><br>Basis for perfection: <u>Recorded UCC Financing Statement</u><br>Value of property: $_____<br>Amount of the claim that is secured: $318,970.01<br>Amount of the claim that is unsecured:$_____ (The sum of secured and unsecured should match the amount in line 7.)<br>Amount necessary to cure any default as of the date of the petition: $67,373.25<br>Annual Interest Rate (when case was filed) <u>5.375%</u><br>☒ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____ |
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property:_____ |
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. Check all that apply:                                                                    Amount entitled to priority<br>   ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $_____<br>   ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $_____<br>   ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $_____<br>   ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $_____<br>   ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $_____<br>   ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.     $_____<br>*Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. |

Official Form 410           Proof of Claim           Page 2

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date: 10/5/17

x _____
Signature

Print the name of the person who is completing and signing this claim:

Name: Mark K. Broyles, Esq.

Title: Attorney for Secured Creditor

Company: Fein, Such & Crane, LLP.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 28 East Main Street, Suite 1800
Number      Street

Rochester, NY 14614
City     State    Zip

Contact phone: 585-232-7400          Email: weinhartr@feinsuchcrane.com

Official Form 410                Proof of Claim                Page 3

**Mortgage Proof of Claim Attachment (12/15)**   Page 1 of 2

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case Number | 17-12186-cgm | Principal Balance | $263,731.31 | Principal & Interest Due | $44,223.84 | Principal & Interest | $1,637.92 |
| Debtor 1 | Anthony Briatico | Interest Due | $32,089.29 | Prepetition fees due | $23,356.80 | Monthly Escrow | $0.00 |
| Debtor 2 | | Fees, Costs Due | $23,356.80 | Escrow deficiency for funds advanced | $0.00 | Private Mortgage Insurance | |
| Last 4 digits used to Identify | 3649 | Escrow deficiency for funds advanced | $0.00 | Projected Escrow shortage | $0.00 | | |
| Creditor | MTGLQ Investors, LP | Less total funds on hand | -$207.39 | Less funds on hand | -$207.39 | | |
| Servicer | Rushmore Loan Management Services | Total | $318,970.01 | Total prepetition arrearage | $67,373.25 | Total Monthly Payment | $1,637.92 |
| Fixed accural, Daily simple interest or other | Fixed Accrual | | | | | | |

**Part 5: Loan Payment History from First Date of Default**

| A. Date | B. Contractual Payment amount | C. Funds received | D. Amount Incurred | E. Description | F. Contractual due date | G. Prin, in & esc past due balances | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal Balance | N. Accrued interest balance | O. Escrow Balance | P. Fees/Charges Balance | Q. Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Beginning Balances | 7/1/2014 | $18,017.12 | | | | | | $268,621.76 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/16/2014 | | | $81.90 | Late Charge | 7/1/2014 | $18,017.12 | | | | $81.90 | | $268,621.76 | $0.00 | $0.00 | $81.90 | $0.00 |
| 8/18/2014 | | | $81.90 | Late Charge | 7/1/2014 | $18,017.12 | | | | $81.90 | | $268,621.76 | $0.00 | $0.00 | $163.80 | $0.00 |
| 9/16/2014 | | | $81.90 | Late Charge | 7/1/2014 | $18,017.12 | | | | $81.90 | | $268,621.76 | $0.00 | $0.00 | $245.70 | $0.00 |
| 10/16/2014 | | | $81.90 | Late Charge | 7/1/2014 | $18,017.12 | | | | $81.90 | | $268,621.76 | $0.00 | $0.00 | $327.60 | $0.00 |
| 11/17/2014 | | | $81.90 | Late Charge | 7/1/2014 | $18,017.12 | | | | $81.90 | | $268,621.76 | $0.00 | $0.00 | $409.50 | $0.00 |
| 4/16/2015 | | | $81.90 | Late Charge | 7/1/2014 | $18,017.12 | | | | $81.90 | | $268,621.76 | $0.00 | $0.00 | $491.40 | $0.00 |
| 6/1/2015 | $1,637.92 | | | Payment Due | 7/1/2014 | $19,655.04 | | | | | | $268,621.76 | $0.00 | $0.00 | $491.40 | $0.00 |
| 6/26/2015 | | | $50.00 | Publication Fee | 7/1/2014 | $19,655.04 | | | | $50.00 | | $268,621.76 | $0.00 | $0.00 | $541.40 | $0.00 |
| 7/1/2015 | $1,637.92 | | | Payment Due | 7/1/2014 | $21,292.96 | | | | | | $268,621.76 | $0.00 | $0.00 | $541.40 | $0.00 |
| 8/1/2015 | $1,637.92 | | | Payment Due | 7/1/2014 | $22,930.88 | | | | | | $268,621.76 | $0.00 | $0.00 | $541.40 | $0.00 |
| 8/7/2015 | | | $200.00 | F/C Atty Fees | 7/1/2014 | $22,930.88 | | | | $200.00 | | $268,621.76 | $0.00 | $0.00 | $741.40 | $0.00 |
| 8/14/2015 | | | $9,999.99 | F/C Atty Fees | 7/1/2014 | $22,930.88 | | | | $9,999.99 | | $268,621.76 | $0.00 | $0.00 | $10,741.39 | $0.00 |
| 8/14/2015 | | | $489.77 | F/C Atty Fees | 7/1/2014 | $22,930.88 | | | | $489.77 | | $268,621.76 | $0.00 | $0.00 | $11,231.16 | $0.00 |
| 9/1/2015 | $1,637.92 | | | Payment Due | 7/1/2014 | $24,568.80 | | | | | | $268,621.76 | $0.00 | $0.00 | $11,231.16 | $0.00 |
| 10/1/2015 | $1,637.92 | | | Payment Due | 7/1/2014 | $26,206.72 | | | | | | $268,621.76 | $0.00 | $0.00 | $11,231.16 | $0.00 |
| 10/28/2015 | | | $200.00 | F/C Atty Fees | 7/1/2014 | $26,206.72 | | | | $200.00 | | $268,621.76 | $0.00 | $0.00 | $11,431.16 | $0.00 |
| 11/1/2015 | $1,637.92 | | | Payment Due | 7/1/2014 | $27,844.64 | | | | | | $268,621.76 | $0.00 | $0.00 | $11,431.16 | $0.00 |
| 11/5/2015 | | | $382.50 | F/C Atty Fees | 7/1/2014 | $27,844.64 | | | | $382.50 | | $268,621.76 | $0.00 | $0.00 | $11,813.66 | $0.00 |
| 11/23/2015 | | | $2,325.38 | F/C Atty Fees | 7/1/2014 | $27,844.64 | | | | $2,325.38 | | $268,621.76 | $0.00 | $0.00 | $14,139.04 | $0.00 |
| 11/23/2015 | | | $733.50 | F/C Atty Fees | 7/1/2014 | $27,844.64 | | | | $733.50 | | $268,621.76 | $0.00 | $0.00 | $14,872.54 | $0.00 |
| 12/1/2015 | $1,637.92 | | | Payment Due | 7/1/2014 | $29,482.56 | | | | | | $268,621.76 | $0.00 | $0.00 | $14,872.54 | $0.00 |
| 1/1/2016 | $1,637.92 | | | Payment Due | 7/1/2014 | $31,120.48 | | | | | | $268,621.76 | $0.00 | $0.00 | $14,872.54 | $0.00 |
| 1/5/2016 | | | $720.00 | F/C Atty Fees | 7/1/2014 | $31,120.48 | | | | $720.00 | | $268,621.76 | $0.00 | $0.00 | $15,592.54 | $0.00 |
| 1/5/2016 | | | $2,736.50 | Publication Fee | 7/1/2014 | $31,120.48 | | | | $2,736.50 | | $268,621.76 | $0.00 | $0.00 | $18,329.04 | $0.00 |
| 1/25/2016 | | $1,637.92 | | Payment Received | 7/1/2014 | $29,482.56 | $434.72 | $1,203.20 | | | | $268,187.04 | $0.00 | $0.00 | $18,329.04 | $0.00 |
| 2/1/2016 | $1,637.92 | | | Payment Due | 8/1/2014 | $31,120.48 | | | | | | $268,187.04 | $0.00 | $0.00 | $18,329.04 | $0.00 |
| 2/12/2016 | | $1,637.92 | | Payment Received | 8/1/2014 | $29,482.56 | $436.67 | $1,201.25 | | | | $267,750.37 | $0.00 | $0.00 | $18,329.04 | $0.00 |
| 3/1/2016 | $1,637.92 | | | Payment Due | 9/1/2014 | $31,120.48 | | | | | | $267,750.37 | $0.00 | $0.00 | $18,329.04 | $0.00 |
| 3/8/2016 | | $1,637.92 | | Payment Received | 9/1/2014 | $29,482.56 | $438.62 | $1,199.30 | | | | $267,311.75 | $0.00 | $0.00 | $18,329.04 | $0.00 |
| 4/1/2016 | $1,637.92 | | | Payment Due | 10/1/2014 | $31,120.48 | | | | | | $267,311.75 | $0.00 | $0.00 | $18,329.04 | $0.00 |
| 4/18/2016 | | $1,637.92 | | Payment Received | 10/1/2014 | $29,482.56 | $440.59 | $1,197.33 | | | | $266,871.16 | $0.00 | $0.00 | $18,329.04 | $0.00 |
| 5/1/2016 | $1,637.92 | | | Payment Due | 11/1/2014 | $31,120.48 | | | | | | $266,871.16 | $0.00 | $0.00 | $18,329.04 | $0.00 |
| 5/18/2016 | | $1,679.28 | | Payment Received | 11/1/2014 | $29,482.56 | $442.56 | $1,195.36 | | | $41.36 | $266,428.60 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 6/1/2016 | $1,637.92 | | | Payment Due | 12/1/2014 | $31,120.48 | | | | | | $266,428.60 | $0.00 | $0.00 | $18,329.04 | $41.36 |

| Date | Payment Due | Payment Recv | Other Amt | Description | Due Date | Balance | Principal | Interest | Other | Escrow | UPB | Col 13 | Col 14 | Escrow Bal | Other Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/2016 | | $1,637.92 | | Payment Received | 12/1/2014 | $29,482.56 | $444.54 | $1,193.38 | | | $265,984.06 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 7/1/2016 | $1,637.92 | | | Payment Due | 1/1/2015 | $31,120.48 | | | | | $265,984.06 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 8/1/2016 | $1,637.92 | | | Payment Due | 1/1/2015 | $32,758.40 | | | | | $265,984.06 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 8/29/2016 | | $1,637.92 | | Payment Received | 1/1/2015 | $31,120.48 | $446.53 | $1,191.39 | | | $265,537.53 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 9/1/2016 | $1,637.92 | | | Payment Due | 2/1/2015 | $32,758.40 | | | | | $265,537.53 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 9/8/2016 | | $1,637.92 | | Payment Received | 2/1/2015 | $31,120.48 | $448.53 | $1,189.39 | | | $265,089.00 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 10/1/2016 | $1,637.92 | | | Payment Due | 3/1/2015 | $32,758.40 | | | | | $265,089.00 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 11/1/2016 | $1,637.92 | | | Payment Due | 3/1/2015 | $34,396.32 | | | | | $265,089.00 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 12/1/2016 | $1,637.92 | | | Payment Due | 3/1/2015 | $36,034.24 | | | | | $265,089.00 | $0.00 | $0.00 | $18,329.04 | $41.36 |
| 12/6/2016 | | $1,700.00 | | Payment Received | 3/1/2015 | $34,396.32 | $450.54 | $1,187.38 | | $62.08 | $264,638.46 | $0.00 | $0.00 | $18,329.04 | $103.44 |
| 1/1/2017 | $1,637.92 | | | Payment Due | 4/1/2015 | $36,034.24 | | | | | $264,638.46 | $0.00 | $0.00 | $18,329.04 | $103.44 |
| 1/23/2017 | | $1,700.00 | | Payment Received | 4/1/2015 | $34,396.32 | $452.56 | $1,185.36 | | $62.08 | $264,185.90 | $0.00 | $0.00 | $18,329.04 | $165.52 |
| 2/1/2017 | $1,637.92 | | | Payment Due | 5/1/2015 | $36,034.24 | | | | | $264,185.90 | $0.00 | $0.00 | $18,329.04 | $165.52 |
| 3/1/2017 | $1,637.92 | | | Payment Due | 5/1/2015 | $37,672.16 | | | | | $264,185.90 | $0.00 | $0.00 | $18,329.04 | $165.52 |
| 4/1/2017 | $1,637.92 | | | Payment Due | 5/1/2015 | $39,310.08 | | | | | $264,185.90 | $0.00 | $0.00 | $18,329.04 | $165.52 |
| 4/28/2017 | | $1,679.79 | | Payment Received | 5/1/2015 | $37,672.16 | $454.59 | $1,183.33 | | $41.87 | $263,731.31 | $0.00 | $0.00 | $18,329.04 | $207.39 |
| 5/1/2017 | $1,637.92 | | | Payment Due | 6/1/2015 | $39,310.08 | | | | | $263,731.31 | $0.00 | $0.00 | $18,329.04 | $207.39 |
| 5/4/2017 | | | $15.00 | Property Inspection | 6/1/2015 | $39,310.08 | | | $15.00 | | $263,731.31 | $0.00 | $0.00 | $18,344.04 | $207.39 |
| 5/4/2017 | | | $1.50 | Property Inspection | 6/1/2015 | $39,310.08 | | | $1.50 | | $263,731.31 | $0.00 | $0.00 | $18,345.54 | $207.39 |
| 6/1/2017 | $1,637.92 | | | Payment Due | 6/1/2015 | $40,948.00 | | | | | $263,731.31 | $0.00 | $0.00 | $18,345.54 | $207.39 |
| 6/7/2017 | | | $15.00 | Property Inspection | 6/1/2015 | $40,948.00 | | | $15.00 | | $263,731.31 | $0.00 | $0.00 | $18,360.54 | $207.39 |
| 6/7/2017 | | | $1.50 | Property Inspection | 6/1/2015 | $40,948.00 | | | $1.50 | | $263,731.31 | $0.00 | $0.00 | $18,362.04 | $207.39 |
| 6/16/2017 | | | $243.00 | Title Costs | 6/1/2015 | $40,948.00 | | | $243.00 | | $263,731.31 | $0.00 | $0.00 | $18,605.04 | $207.39 |
| 7/1/2017 | $1,637.92 | | | Payment Due | 6/1/2015 | $42,585.92 | | | | | $263,731.31 | $0.00 | $0.00 | $18,605.04 | $207.39 |
| 7/6/2017 | | | $95.00 | BPO Costs | 6/1/2015 | $42,585.92 | | | $95.00 | | $263,731.31 | $0.00 | $0.00 | $18,700.04 | $207.39 |
| 7/14/2017 | | | $15.00 | Property Inspection | 6/1/2015 | $42,585.92 | | | $15.00 | | $263,731.31 | $0.00 | $0.00 | $18,715.04 | $207.39 |
| 7/14/2017 | | | $1.50 | Property Inspection | 6/1/2015 | $42,585.92 | | | $1.50 | | $263,731.31 | $0.00 | $0.00 | $18,716.54 | $207.39 |
| 7/17/2017 | | | $32.76 | Late Charge | 6/1/2015 | $42,585.92 | | | $32.76 | | $263,731.31 | $0.00 | $0.00 | $18,749.30 | $207.39 |
| 7/25/2017 | | | $3,505.00 | Publication Fee | 6/1/2015 | $42,585.92 | | | $3,505.00 | | $263,731.31 | $0.00 | $0.00 | $22,254.30 | $207.39 |
| 8/1/2017 | $1,637.92 | | | Payment Due | 6/1/2015 | $44,223.84 | | | | | $263,731.31 | $0.00 | $0.00 | $22,254.30 | $207.39 |
| 8/6/2017 | | | $1,102.50 | F/C Atty Fees | 6/1/2015 | $44,223.84 | | | $1,102.50 | | $263,731.31 | $0.00 | $0.00 | $23,356.80 | $207.39 |